IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO.  4:07cr00317-07 JMM

JIMMY LOWE

ORDER

Defendant submitted to the Court on June 22, 2009, a letter from Dr. Cagle indicating the nature of Defendant's medical problems.  The information provided also indicates that Defendant is currently under the care of Dr. Campbell who is evaluating the possible need for surgery.  Based on this information, the warrant previously issued is withdrawn and Defendant's date to report to the Bureau of Prisons will be reset.

**Defendant is directed to provide, to the Court, detailed documentation from Dr. Campbell no later than July 6, 2009.  The report should include the doctor's opinion of possible surgery.  If surgery is necessary, the doctor is to include the date of surgery and recovery time.**

Defendant shall report to the designated facility or to the United States Marshals Office to begin service of his sentence imposed on November 19, 2008, no later than 2:00 p.m. on July 27, 2009.

The Clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED THIS 24th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE